| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Snyder, Christina A. | 2. Court or Organization<br><br>Central District of California | 3. Date of Report<br><br>02/05/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>312 Spring Street<br>Los Angeles, CA 90012 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 02/05/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Attorney-Partnership ▮▮▮▮▮▮ |
| 2. | 2013 | Nexis-Lexis Book Royalty Income |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 02/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Genter Advisors Schwab DFA IRA Acct #1 | E | Int./Div. | P1 | T | | | | | |
| 2. IShares Russell 1000 Grwth IDX | | | | | | | | | |
| 3. IShares Russell 1000 Grwth IDX | | | | | Sold | 04/03/13 | M | E | |
| 4. DFA US Large Cap Value Fund | | | | | Buy (add'l) | 04/09/13 | M | | |
| 5. DFA Int'l Value Fund | | | | | | | | | |
| 6. DFA Int'l Value Fund | | | | | | | | | |
| 7. DFA Emerg Mkts Core Equity | | | | | Buy (add'l) | 05/13/13 | J | | |
| 8. | | | | | Buy (add'l) | 09/09/13 | J | | |
| 9. IShares MSCI EAFE Growth Fund | | | | | | | | | |
| 10. DFA US Targeted Value Port | | | | | Sold (part) | 03/28/13 | J | C | |
| 11. | | | | | Sold (part) | 08/29/13 | J | B | |
| 12. | | | | | Buy (add'l) | 12/12/13 | J | | |
| 13. IShares MSCI China Index Fd | | | | | Buy (add'l) | 07/23/13 | J | | |
| 14. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 15. DFA Real Estate Securities Fd | | | | | Sold | 10/07/13 | L | A | |
| 16. DFA Intl Small Cap Value Port | | | | | Buy | 10/08/13 | L | | |
| 17. GNMA Pass Thru | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 02/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. GNMA Pass Thru | | | | | | | | | |
| 19. Bank of America Accts (MM & Chng) | A | Interest | K | T | | | | | |
| 20. Christopher Weil IRA Acct | E | Int./Div. | M | T | | | | | |
| 21. Fidelity Cash Reserves MM | | | | | | | | | |
| 22. Virtus Emerging Mrtk Oppt Class A (HEMZX) | | | | | | | | | |
| 23. Yacktman Fund (YACKX) | | | | | | | | | |
| 24. First Eagle Global Class A (SGENX) | | | | | | | | | |
| 25. First Eagle High Yield Fund CL A | | | | | | | | | |
| 26. Ivy High Income Class Y (WHIYX) | | | | | | | | | |
| 27. Principal Mid Cap Inst (PCBIX) | | | | | | | | | |
| 28. Aberdeen Emerging Mrkts Fund Instl SV CL ((AEMSX) | | | | | | | | | |
| 29. TCW Emerging Mkts Income CL N (TGINX) | | | | | Buy | 4/29/13 | J | | |
| 30. Christopher Weil & Co Core | | | | | Buy | 3/2/2012 | K | | |
| 31. Christopher Weil & Co Global Dividend (CWGDX) | | | | | Buy | 03/02/12 | K | | |
| 32. ING Global Value Choice CL A (NAWGX) | | | | | | | | | |
| 33. Principal Mid Cap Blend Fund Class A (PEMGX) | | | | | | | | | |
| 34. Ashton/River Road Independent Value I (ARVIX) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 02/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Trust #1 Schwab Acct | G | Interest | P2 | T | | | | | |
| 36. Schwab Money Mkt Funds | | | | | | | | | |
| 37. Met Wtr Dist Co. Rev P/R | | | | | | | | | |
| 38. Fresno CA USD GO C13@103 6.150% 08/01/2013 | | | | | Matured | 02/01/13 | M | A | |
| 39. Redwood City ESD GO 5.50% 08/01/2013 | | | | | Matured | 08/01/13 | L | A | |
| 40. CA ED Facs Au Rev Stanford 5.25% 06/01/2017 | | | | | Matured | 12/01/13 | L | A | |
| 41. San Mateo CO CA St Tax Rev 5.25% 06/01/2017 | | | | | | | | | |
| 42. CA Dept Trans RV 5.00% 03/01/15 | | | | | | | | | |
| 43. Los Angeles CA GO 5.25% 09/01/2014 | | | | | | | | | |
| 44. Pajaro Vallley, CA USD GO 5.25% 08/01/2016 | | | | | | | | | |
| 45. Southwestsern Cmty Coll Dist CA GO 5.25% 08/01/2017 | | | | | | | | | |
| 46. Los Angeles CA GO 5.25% 09/01/2014 | | | | | | | | | |
| 47. Coast Cmty Coll Dist CA GO 5.00% 08/01/21 | | | | | | | | | |
| 48. East Bay Mud CA Wtr Sys 5.00% 06/01/2019 | | | | | | | | | |
| 49. LA CA Dept Wtr & Pwr 5.00% 07/01/2022 | | | | | | | | | |
| 50. Long Beach CA Wtr RV SF 13 5.750% 05/15/2015 | | | | | Matured | 05/01/13 | L | A | |
| 51. Napa CO CA Flood Impt RV 5.00% 06/15/2018 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 02/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Los Angeles CA GO 5.250% 09/01/2014 | | | | | | | | | |
| 53. Sacramento CO CA Sani Dist FIN 5.250% 12/01/2022 Auth RV | | | | | Buy (add'l) | 06/11/13 | L | | |
| 54. Monterey Peninsula CA CCD GO 5.00% 08/01/2020 C18 | | | | | | | | | |
| 55. CA ST GO 5.00% 10/01/2017 CC16 | | | | | | | | | |
| 56. Sacramento CA MUD Elec RV C18 5.00% 08/15/2021 | | | | | | | | | |
| 57. Aclanes CA Unikon High Schl 5.250% 08/01/2020 Dist GO C15 | | | | | | | | | |
| 58. CA Economic Recovery GO 5.00% 07/01/2015 CC14 | | | | | | | | | |
| 59. Bay Area Toll Auth CA RV C19 5.00% 04/01/2021 | | | | | Buy | 02/21/12 | L | | |
| 60. San Diego CA PFA Sewer RV 5.00% 05/15/2016 | | | | | | | | | |
| 61. So CA PPA RV-Milford Wind 5.00% 07/01/2014 PJ#1 | | | | | | | | | |
| 62. CA ST GO 5.00% 03/01/2019 | | | | | | | | | |
| 63. CA Economic Recovery GO & RV 5.00% 07/01/2019 | | | | | | | | | |
| 64. Glendale CA USD GO 4.500% 09/01/2018 | | | | | | | | | |
| 65. Los Rios CA Cmty Coll Dist GO 4.00% 08/01/2016 | | | | | | | | | |
| 66. San Francisco CA PUC Wtr RV 4.00% 11/01/2017 CC16 | | | | | | | | | |
| 67. CA Wtr Res Cent Vlly PJ C19 5.000% 12/01/2024 | | | | | Buy (add'l) | 04/26/13 | K | | |
| 68. San Diego CA PFA Sewer RV 5.00% 05/15/2016 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 02/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. San Francisco Ca PUC WTR RV 5.000% 11/01/2025 C21@100 | | | | | | | | | |
| 70. Los Angeles CA Dept Wtr & Pwr RV 5.00% 07/01/2021 C21@100 | | | | | | | | | |
| 71. Fremont CA USD GO Alameda C22 5.00% 08/01/2026 | | | | | | | | | |
| 72. Met Wtr Dist So CA RV C222@100 5.000% 10/01/2024 | | | | | | | | | |
| 73. Bay Area Toll Auth CA RV 5.000% 04/01/2021 CC19 | | | | | | | | | |
| 74. San Ramon Valley CA USD GO 4.000% 08/01/2019 | | | | | | | | | |
| 75. University CA RV C22@100 5.000% 05/15/2024 | | | | | | | | | |
| 76. Los Angeles, CA WTR Sys RV 5.000% 06/01/2023 | | | | | | | | | |
| 77. CA ST GO 6.000% 04/01/2019 | | | | | | | | | |
| 78. Napa CO CA Flood Impt RV C15 5.000% 06/15/2018 | | | | | | | | | |
| 79. LA CA USD GO 5.00% 07/01/2013/25 | | | | | | | | | |
| 80. Bay Area Toll Auth CA RV 5.00% 04/01/2019 | | | | | Buy | 02/26/13 | M | | |
| 81. | | | | | Buy (add'l) | 04/16/13 | M | | |
| 82. Sacramento CA MUD RV C22@100 5.000% 08/15/2025 | | | | | Buy | 08/02/13 | M | | |
| 83. Bay Area Toll Auth CA RV 5.500% 04/01/2019 | | | | | Buy | 08/13/13 | J | | |
| 84. CA Economic Recovery GO & RV 5.000% 07/01/2019 | | | | | Buy | 10/04/13 | K | | |
| 85. Twin Rivers CA USD GO C23@100 5.000% 08/01/2025 (BAM) | | | | | Buy | 12/12/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 02/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. MERRILL LYNCH TRUST ACCT | E | Dividend | P1 | T | | | | | |
| 87. BofA TX EX RSV ADV | | | | | | | | | |
| 88. BIF CA Municipal Money Mkt | | | | | | | | | |
| 89. California ST Oct205.000% Oct 01/22 Cusip 1306N3H8 | | | | | Sold | 06/20/13 | L | A | |
| 90. California St. Apr 07 5.000% Aug 01/23 Cusip 13062TG73 | | | | | Sold | 06/20/13 | M | A | |
| 91. California ST May 03 5.000% Feb01/26 Cusip 13062PBJO | | | | | Sold | 06/20/13 | M | A | |
| 92. Calif CO CA TOB Jul 02 05.875% Jun 01/27 Cusip 13016NBG8 | | | | | Sold | 06/20/13 | L | A | |
| 93. California St Apr 08 5.000% Apr 01/38 Cusip 13063AS54 | | | | | Sold | 06/20/13 | N | A | |
| 94. California ST VAR PurpJun 07 5.000% JN01/37 Cusip 13063ACR3 | | | | | Sold | 06/20/13 | M | A | |
| 95. California ST VAR PURP Jun07 5.000% Jun01/24Cusip13063ACG7 | | | | | Sold | 06/20/13 | L | A | |
| 96. California St Sep05 5000% Aug 01.22 Cusip 13062RRWO | | | | | Sold | 06/20/13 | M | A | |
| 97. California St Apr 05 5.000% May01/24 Cusip 13062RFY9 | | | | | Sold | 06/20/13 | L | A | |
| 98. California St Jul08 5.500% Aug 01/22 Cusip 13063A2P8 | | | | | Sold | 06/20/13 | M | A | |
| 99. Schwab 401(k) Account | C | Dividend | P1 | T | | | | | |
| 100. Schwab Money Market (Core Money Market Fd) | | | | | | | | | |
| 101. DFA Int'l Value Fund | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. DFA US Large Cap Value Fund | | | | | Buy (add'l) | 04/09/13 | M | | |
| 107. | | | | | Buy (add'l) | 05/09/13 | J | | |
| 108. iShares Russell 1000 Grwth Index | | | | | Buy (add'l) | 02/14/13 | K | | |
| 109. | | | | | Sold (part) | 04/03/13 | M | E | |
| 110. | | | | | Buy (add'l) | 05/09/13 | J | | |
| 111. DFA Emerg Mkts Core Equity | | | | | Buy (add'l) | 04/30/13 | K | | |
| 112. DFA Emerg Mkts Core Equity | | | | | Buy (add'l) | 09/09/13 | J | | |
| 113. DFA Emerg Mkts Core Eqity | | | | | | | | | |
| 114. DFA Emerg Mkts Core Equity | | | | | | | | | |
| 115. DFA Emerg Mkts Core Equity | | | | | | | | | |
| 116. ishares MSCI EAFE Growth Fund | | | | | Buy (add'l) | 04/30/13 | J | | |
| 117. ishares MSCI EAFE Growth Fund | | | | | | | | | |
| 118. ishares MSCI EAFE Growth Fund | | | | | | | | | |
| 119. ishares MSCI EAFE Growth Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 02/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ishares MSCI EAFE Growth Fund | | | | | | | | | |
| 121. ishares MSCI EAFE Growth Fund | | | | | | | | | |
| 122. DFA US Targeted Value Port | | | | | Sold (part) | 03/28/13 | J | B | |
| 123. DFA US Targeted Value Port | | | | | Buy (add'l) | 04/30/13 | J | | |
| 124. DFA US Targeted Value Port | | | | | Sold (part) | 08/28/13 | J | A | |
| 125. ishares MSCI China Index Fd | | | | | | | | | |
| 126. | | | | | Buy (add'l) | 04/30/13 | J | | |
| 127. DFA Real Estate Securities Fd | | | | | Sold | 10/07/13 | L | A | |
| 128. GENTER ADVISORS (SCHWAB) DFA IRA #2 | E | Dividend | P1 | T | | | | | |
| 129. DFA US Large Cap Value Fund | | | | | Buy (add'l) | 04/09/13 | M | | |
| 130. DFA US Large Cap Value Fund | | | | | | | | | |
| 131. DFA US Large Cap Value Fund | | | | | | | | | |
| 132. DFA US Large Cap Value Fund | | | | | | | | | |
| 133. DFA US Large Cap Value Fund | | | | | | | | | |
| 134. DFA US Large Cap Value Fund | | | | | | | | | |
| 135. DFA US Large Cap Value Fund | | | | | | | | | |
| 136. ishares Russell 1000 Grwth IDX | | | | | Sold (part) | 03/28/13 | M | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 02/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. ishares Russell 1000 Grwth IDX | | | | | | | | | |
| 138. ishares Russell 1000 Grwth IDX | | | | | | | | | |
| 139. ishares Russell 1000 Grwth IDX | | | | | | | | | |
| 140. Ishares Russell 1000 Grwth IDX | | | | | | | | | |
| 141. DFA Int'l Value Fund | | | | | | | | | |
| 142. DFA Int'l Value Fund | | | | | | | | | |
| 143. DFA Int'l Value Fund | | | | | | | | | |
| 144. DFA Emeg Mkts Core Equity | | | | | Buy (add'l) | 05/13/13 | K | | |
| 145. DFA Emeg Mkts Core Equity | | | | | Buy (add'l) | 09/09/13 | J | | |
| 146. DFA Emeg Mkts Core Equity | | | | | | | | | |
| 147. DFA Emeg Mkts Core Equity | | | | | | | | | |
| 148. DFA Emeg Mkts Core Equity | | | | | | | | | |
| 149. ishares MSCI EAFE Growth Fund | | | | | | | | | |
| 150. ishares MSCI EAFE Growth Fund | | | | | | | | | |
| 151. ishares MSCI EAFE Growth Fund | | | | | | | | | |
| 152. ishares MSCI EAFE Growth Fund | | | | | | | | | |
| 153. ishares MSCI EAFE Growth Fund | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 02/05/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. US Targeted Value Port | | | | | Sold (part) | 03/28/13 | K | D | |
| 155. US Targeted Value Port | | | | | Buy (add'l) | 05/13/13 | J | | |
| 156. US Targgeted Value Port | | | | | Sold (part) | 08/29/13 | K | C | |
| 157. ishares MSCI China Index Fd | | | | | | | | | |
| 158. DFA Intl Small Cap Value Port | | | | | Buy | 10/07/13 | M | | |
| 159. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 160. | | | | | Sold (part) | 12/12/13 | J | A | |
| 161. MERRILL LYNCH IRA #3 | B | Int./Div. | N | T | | | | | |
| 162. BofA Cash RSV Daily | | | | | | | | | |
| 163. FIA Card Services NA RASP MM | | | | | Sold | 06/20/13 | M | A | |
| 164. BAC Capital Trust III PFD STK 7.00% Cusip 05518E202 | | | | | Sold | 06/20/13 | J | A | |
| 165. BAC Capital Trust III PFD STK 7.00% Feb 02/32 Cusip 05518820 | | | | | Sold | 06/20/13 | J | A | |
| 166. Deutsche BK Cap FDG TR X Noncu TR 7.35% Cusip 25154D102 | | | | | | | | | |
| 167. Wells Fargo CAP XI Enh TR PFD 6.250% 06/15/12 Cusip94979S20 | | | | | Sold | 06/20/13 | J | A | |
| 168. GNM P285818 09% 2020 Cusip 3622ORB8 | | | | | Sold | 06/20/13 | J | A | |
| 169. Citigroup Cap XIX PFD 7.25% 8/15/67 Cusip 17311U200 | | | | | Sold | 06/20/13 | J | A | |
| 170. Fleet CAP T VIII 7.20% 3/15/2032 Cusip 33889X203 | | | | | Sold | 06/20/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 02/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  ING Groep N.V. 6.375% Cusip 456837608 | | | | | | | | | |
| 172.  BB&T Cap TR VII 8.10% due 11/01/69 Cusip 05531H208 | | | | | Sold | 06/20/13 | J | A | |
| 173.  General Electgric Capital 06.625% 06/28/32 Cusip 369622527 | | | | | Sold | 01/02/13 | J | A | |
| 174.  National City Cap TR III TR 6.625% 5/25/67 Cusip 63540X201 | | | | | Sold | 06/20/13 | | | |
| 175.  BANK OF AMERICA IRA #3 | C | Int./Div. | N | T | | | | | |
| 176.  Fleet Cap TV111 7.20% 3/15/2032 Cusip 33889X203 | | | | | Buy | 06/20/13 | K | | |
| 177.  DEUTSCJE BK CAP FDG TR X | | | | | Buy | 06/19/13 | K | | |
| 178.  DEUTSCHE BK CAP FDG TR X | | | | | Sold | 08/13/13 | K | A | |
| 179.  ING GROEP NV | | | | | Buy | 06/20/13 | K | | |
| 180. | | | | | Sold | 08/13/13 | K | D | |
| 181.  ISHARES COHEN & STEERS REIT ETF | | | | | Buy | 08/01/13 | J | | |
| 182. | | | | | Buy (add'l) | 08/08/13 | J | | |
| 183. | | | | | Buy (add'l) | 08/19/13 | J | | |
| 184. | | | | | Buy (add'l) | 09/09/13 | J | | |
| 185. | | | | | Buy (add'l) | 09/16/13 | J | | |
| 186. | | | | | Sold | 12/09/13 | J | A | |
| 187.  ISHARES CORE S&P 500 ETF | | | | | Buy | 08/01/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 02/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 08/08/13 | J | | |
| 189. | | | | | Buy (add'l) | 08/19/13 | J | | |
| 190. | | | | | Buy (add'l) | 09/09/13 | J | | |
| 191. | | | | | Buy (add'l) | 09/16/13 | J | | |
| 192. ISHARES MSCI EMERGING MKTS MIN | | | | | Buy | 08/01/13 | J | | |
| 193. | | | | | Buy (add'l) | 09/16/13 | J | | |
| 194. | | | | | Buy (add'l) | 09/23/13 | J | | |
| 195. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 196. | | | | | Buy (add'l) | 10/04/13 | J | | |
| 197. | | | | | Buy (add'l) | 10/07/13 | J | | |
| 198. ISHARES NASDAQ BIOTECHNOLOGY ETF | | | | | Buy | 08/19/13 | J | | |
| 199. | | | | | Buy (add'l) | 09/09/13 | J | | |
| 200. JOHN HANCOCK FDS III INTL GROWTH | | | | | Buy | 08/06/13 | J | | |
| 201. | | | | | Buy (add'l) | 08/15/13 | J | | |
| 202. | | | | | Buy (add'l) | 09/05/13 | J | | |
| 203. | | | | | Buy (add'l) | 09/12/13 | J | | |
| 204. | | | | | Buy (add'l) | 12/09/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. METRO WEST T/R BD CL 1 | | | | | Buy | 07/30/13 | J | | |
| 206. | | | | | Buy (add'l) | 08/06/13 | J | | |
| 207. | | | | | Buy (add'l) | 08/15/13 | J | | |
| 208. | | | | | Buy (add'l) | 09/05/13 | J | | |
| 209. | | | | | Buy (add'l) | 09/12/13 | J | | |
| 210. PIMCO ALL ASSET FUND | | | | | Buy | 07/30/13 | J | | |
| 211. | | | | | Sold | 12/06/13 | | A | |
| 212. PIMCO HIGH YIELD FD | | | | | Buy | 07/30/13 | J | | |
| 213. | | | | | Buy (add'l) | 08/06/13 | J | | |
| 214. | | | | | Buy (add'l) | 08/15/13 | J | | |
| 215. | | | | | Buy (add'l) | 09/05/13 | J | | |
| 216. | | | | | Buy (add'l) | 09/12/13 | J | | |
| 217. | | | | | Sold | 12/06/13 | J | A | |
| 218. POWERSHARES WATER RESOURCES | | | | | Buy | 08/01/13 | J | | |
| 219. | | | | | Buy (add'l) | 08/08/13 | J | | |
| 220. | | | | | Buy (add'l) | 08/19/13 | J | | |
| 221. | | | | | Buy (add'l) | 09/09/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | Buy (add'l) | 09/16/13 | J | | |
| 223. SLECT SECTOR SPDR TR FINANCIAL | | | | | Buy | 08/01/13 | J | | |
| 224. | | | | | Buy (add'l) | 08/08/13 | J | | |
| 225. | | | | | Buy (add'l) | 09/09/13 | J | | |
| 226. | | | | | Buy (add'l) | 09/16/13 | J | | |
| 227. TOUCHSTONE SANDS CAP SELECT | | | | | Buy | 12/09/13 | K | | |
| 228. VANGUARD DIVIDEND APPRECIATION | | | | | Buy | 08/01/13 | J | | |
| 229. | | | | | Buy (add'l) | 08/08/13 | J | | |
| 230. | | | | | Buy (add'l) | 08/19/13 | J | | |
| 231. | | | | | Buy (add'l) | 09/09/13 | J | | |
| 232. | | | | | Buy (add'l) | 09/16/13 | J | | |
| 233. | | | | | Sold (part) | 12/06/13 | K | B | |
| 234. | | | | | Buy (add'l) | 12/09/13 | J | | |
| 235. | | | | | Sold (part) | 12/09/13 | J | A | |
| 236. VANGUARD FTSE DEVELOPED MARKETS | | | | | Buy | 08/01/13 | J | | |
| 237. | | | | | Buy (add'l) | 09/09/13 | J | | |
| 238. | | | | | Buy (add'l) | 09/16/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 18 of 60

Name of Person Reporting

Snyder, Christina A.

Date of Report

02/05/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. VANGUARD MID-CAP ETF | | | | | Buy | 08/01/13 | J | | |
| 240. | | | | | Buy (add'l) | 08/08/13 | J | | |
| 241. | | | | | Buy (add'l) | 08/19/13 | J | | |
| 242. | | | | | Buy (add'l) | 09/09/13 | J | | |
| 243. | | | | | Buy (add'l) | 09/16/13 | J | | |
| 244. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 245. VANGUARD MID-CAP ETF | | | | | Buy | 08/01/13 | J | | |
| 246. | | | | | Buy (add'l) | 08/08/13 | J | | |
| 247. | | | | | Buy (add'l) | 08/19/13 | J | | |
| 248. | | | | | Buy (add'l) | 09/09/13 | J | | |
| 249. | | | | | Buy (add'l) | 09/26/13 | J | | |
| 250. VANGUARD SMALL-CAP ETF | | | | | Buy | 08/01/13 | J | | |
| 251. | | | | | Buy (add'l) | 08/08/13 | J | | |
| 252. | | | | | Buy (add'l) | 08/19/13 | J | | |
| 253. | | | | | Buy (add'l) | 09/09/13 | J | | |
| 254. | | | | | Buy (add'l) | 09/16/13 | J | | |
| 255. WISDOMTREE JAPAN HEDGED EQUITY | | | | | Buy | 08/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 02/05/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 08/08/13 | J | | |
| 257. | | | | | Buy (add'l) | 08/19/13 | J | | |
| 258. | | | | | Buy (add'l) | 09/09/13 | J | | |
| 259. | | | | | Buy (add'l) | 09/16/13 | J | | |
| 260. SCHWAB TRUST C | F | Dividend | P1 | T | | | | | |
| 261. Intel Corporation | | | | | Sold (part) | 08/09/13 | K | A | |
| 262. | | | | | Buy (add'l) | 12/30/13 | M | | |
| 263. Pepsico Incorporated | | | | | | | | | |
| 264. Kohls Corporation | | | | | Sold | 02/28/13 | M | A | |
| 265. Eastman Chemical Company | | | | | Sold | 03/22/13 | M | E | |
| 266. United Parcel Service - CL B | | | | | Sold | 02/14/13 | K | D | |
| 267. Schlumberger Ltd | | | | | Buy (add'l) | 09/16/13 | K | | |
| 268. Texas Instruments Inc | | | | | | | | | |
| 269. Verizon Communications | | | | | | | | | |
| 270. Emerson Electric Company | | | | | Sold (part) | 01/03/13 | L | E | |
| 271. Schlumberger Ltd | | | | | | | | | |
| 272. Schlumberger Ltd | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 02/05/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Emerson Electric Company | | | | | | | | | |
| 274. Bank of New York Mellon | | | | | Buy (add'l) | 09/16/13 | K | | |
| 275. Bank of New York Mellon | | | | | Sold (part) | 05/24/13 | K | B | |
| 276. Bank of New York Mellon | | | | | Sold (part) | 05/24/13 | K | A | |
| 277. Oracle Corp | | | | | | | | | |
| 278. McDonalds Corp | | | | | Sold (part) | 08/09/13 | K | A | |
| 279. | | | | | Buy (add'l) | 09/19/13 | K | | |
| 280. Gilead Sciences Inc | | | | | Sold (part) | 04/02/13 | K | E | |
| 281. | | | | | Sold (part) | 06/07/13 | K | E | |
| 282. Archer Daniels Midland Co | | | | | Sold | 04/15/13 | K | D | |
| 283. Marsh & McLennan Cos Inc | | | | | Sold | 06/07/12 | M | E | |
| 284. Adobe Systems Inc | | | | | Sold | 09/18/13 | N | G | |
| 285. Google Inc - Cl A | | | | | Sold (part) | | L | E | |
| 286. Baker Hughes | | | | | Sold (part) | 01/08/13 | L | A | |
| 287. Baker Hughes | | | | | Sold (part) | 12/27/13 | K | A | |
| 288. PNC Financial Services Group | | | | | | | | | |
| 289. Illinois Tool Works | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. | | | | | | | | | |
| 291. Whiting Petroleum Corp | | | | | | | | | |
| 292. | | | | | | | | | |
| 293. Dril-Quip Inc | | | | | Sold (part) | 07/25/13 | L | E | |
| 294. | | | | | Sold | 07/25/13 | K | D | |
| 295. Newfield Exploration Co | | | | | Sold (part) | 01/18/13 | J | A | |
| 296. | | | | | Sold (part) | 01/18/13 | J | A | |
| 297. | | | | | Buy (add'l) | 04/02/13 | M | | |
| 298. | | | | | Sold (part) | 12/27/13 | K | A | |
| 299. | | | | | Sold (part) | 12/27/13 | K | A | |
| 300. Blackrock Inc | | | | | | | | | |
| 301. | | | | | | | | | |
| 302. | | | | | | | | | |
| 303. Molson Coors Brewing Co - B | | | | | | | | | |
| 304. | | | | | | | | | |
| 305. Express Scripts Holding Co | | | | | | | | | |
| 306. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Molex Inc CL A | | | | | Matured | 12/09/13 | M | F | |
| 308. Universal Health Services B | | | | | Buy | 04/23/13 | L | | |
| 309. | | | | | Buy (add'l) | 09/19/13 | K | | |
| 310. Myriad Genetics Inc. | | | | | Buy | 06/07/13 | L | | |
| 311. | | | | | Buy (add'l) | 06/13/13 | K | | |
| 312. | | | | | Buy (add'l) | 09/11/13 | K | | |
| 313. | | | | | Buy (add'l) | 11/05/13 | K | | |
| 314. | | | | | Sold | 12/27/13 | L | A | |
| 315. Sanofi-Aventis - ADR | | | | | Buy | 03/22/13 | M | | |
| 316. Urban Outfitters Inc | | | | | Buy | 09/25/13 | M | | |
| 317. Netapp Inc | | | | | Buy | 10/11/13 | L | | |
| 318. Teradata Corp | | | | | Buy | 10/15/13 | L | | |
| 319. | | | | | Buy (add'l) | 12/30/13 | K | | |
| 320. SCHWAB TRUST D | G | Dividend | P2 | T | | | | | |
| 321. Altria Group Inc | | | | | | | | | |
| 322. Bank of New York Mellon Corp | | | | | Sold (part) | 01/08/13 | L | A | |
| 323. | | | | | Sold (part) | 01/18/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 02/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Intel Corporation | | | | | Buy (add'l) | 05/06/13 | K | | |
| 325. Intel Corporation | | | | | | | | | |
| 326. Pepsico Incorporated | | | | | | | | | |
| 327. Johnson & Johnson | | | | | | | | | |
| 328. Philip Morris Intl Inc | | | | | | | | | |
| 329. Taiwan Semiconductor - SP ADR | | | | | Sold | 04/09/12 | M | F | |
| 330. Eastman Chemical Company | | | | | Sold (part) | 01/03/13 | K | E | |
| 331. Pitney Bowes | | | | | Sold | 11/15/12 | L | A | |
| 332. Chevron Corp | | | | | | | | | |
| 333. Microchip Technology Inc | | | | | Buy | 06/07/13 | M | | |
| 334. VF Corporation | | | | | | | | | |
| 335. Bristol-Myers Squibb Co | | | | | | | | | |
| 336. Bristol-Myers Squibb Co | | | | | | | | | |
| 337. Genuine Parts Co | | | | | | | | | |
| 338. Bank of New York Mellon Corp | | | | | Buy (add'l) | 05/03/13 | L | | |
| 339. | | | | | Buy (add'l) | 07/18/13 | K | | |
| 340. Verizon Communications | | | | | Buy (add'l) | 09/10/13 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 02/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | | | | | |
| 342. United Parcel Sercies - CL B | | | | | | | | | |
| 343. VF Corporation | | | | | | | | | |
| 344. Emerson Electric Company | | | | | Buy (add'l) | | | | |
| 345. PPG Industries | | | | | | | | | |
| 346. PPG Industries | | | | | | | | | |
| 347. Emerson Electric Company | | | | | | | | | |
| 348. Altria Group Inc | | | | | | | | | |
| 349. Eastman Chemical Company | | | | | | | | | |
| 350. Total SA SPON ADR | | | | | | | | | |
| 351. Total SA SPON ADR | | | | | | | | | |
| 352. Nucor Coporation | | | | | Buy | 05/07/13 | K | | |
| 353. Merck & Company | | | | | | | | | |
| 354. Merck & Company | | | | | | | | | |
| 355. Applied Materials Inc | | | | | Buy (add'l) | 05/02/13 | K | | |
| 356. Applied Materials Inc. | | | | | | | | | |
| 357. Molson Coors Brewing Co - B | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 02/05/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | | | | | |
| 359. PNC Financial Services Group | | | | | Buy (add'l) | 02/01/13 | L | | |
| 360. Illinois Tool Works | | | | | | | | | |
| 361. PPL Corp | | | | | Sold (part) | 07/31/13 | L | D | |
| 362. | | | | | Sold | 07/31/13 | K | D | |
| 363. Blackrock Inc | | | | | Sold | 02/01/13 | M | F | |
| 364. Microchip Technology Inc | | | | | | | | | |
| 365. Pfizer Inc | | | | | | | | | |
| 366. | | | | | | | | | |
| 367. Lowes Companies Inc | | | | | Sold | 08/22/13 | M | F | |
| 368. Archer Daniels Midland Co | | | | | Buy (add'l) | 02/05/13 | L | | |
| 369. | | | | | Sold | 04/15/13 | M | E | |
| 370. | | | | | | | | | |
| 371. McDonalds | | | | | Buy (add'l) | 05/03/13 | L | | |
| 372. | | | | | Sold (part) | 12/27/13 | K | A | |
| 373. Sanofi-Aventis - ADR | | | | | Buy | 04/12/13 | M | | |
| 374. | | | | | Buy (add'l) | 05/02/13 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold (part) | 12/27/13 | M | A | |
| 376. Transocean LTD | | | | | Buy | 05/21/13 | M | | |
| 377. | | | | | Sold | 12/27/13 | M | A | |
| 378. Freeport-McMoran Copper | | | | | Buy | 10/11/13 | M | | |
| 379. Kellogg Company | | | | | Buy | 09/16/13 | L | | |
| 380. | | | | | Buy (add'l) | 12/30/13 | L | | |
| 381. | | | | | | | | | |
| 382. | | | | | | | | | |
| 383. CHRISTOPHER WEIL TRUST | A | Interest | L | T | | | | | |
| 384. Regional Housing Fund 2 | | | | | Distributed (part) | 02/15/13 | J | A | |
| 385. | | | | | Distributed (part) | 05/15/13 | J | A | |
| 386. | | | | | Distributed (part) | 08/15/13 | J | A | |
| 387. | | | | | Distributed (part) | 09/10/13 | J | A | |
| 388. | | | | | Distributed (part) | 11/15/13 | J | A | |
| 389. CWC Health Tech Fund I, LLC | | | | | Buy | 06/10/13 | J | | |
| 390. U.S. TRUST - TRUST | G | Dividend | P1 | T | | | | | |
| 391. BofA CA Tax-Exempt Reserves | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. CA St Var Pup GO &GO Ref BDS Dtd 9/28/11 04.400 due 09/01/20 | | | | | | | | | |
| 393. Los Angeles CA Dept Wtr & Pwr Sys Rev BDS - OID Dtd 12/28/05 | | | | | | | | | |
| 394. CA ST Dept Trans Rev Fed Hwy Grant Antic BDS Dtd 10/16/08 | | | | | | | | | |
| 395. CA ST Pub Wks Brd Leas Rev BDS Dtd 11/29/11 03.00 | | | | | | | | | |
| 396. So CA Pub PWR AUTH Re Rev BDS DTD 09/09/10 04.000 | | | | | | | | | |
| 397. CA ST DEPT WTR RES PWR REV BDS DTD 10/20/10 04.000 | | | | | | | | | |
| 398. LA CA Uni Sch Dist Ref BDS DTD 11/01/11 04.000 | | | | | | | | | |
| 399. Neveda IRR DIST JT PWRS AUTH C REV BDS DTD 12/11/11 04.000 | | | | | | | | | |
| 400. San Elijo CA JT PWRS AUTH REF BDS DTD 12/21/11 04.000 | | | | | | | | | |
| 401. Chevron Corp (COM) (cvx) | | | | | Buy | 05/0113 | J | | |
| 402. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 403. | | | | | Buy (add'l) | 05/14/13 | K | | |
| 404. | | | | | Buy (add'l) | 05/15/13 | J | | |
| 405. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 406. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 407. | | | | | Buy (add'l) | 06/07/13 | J | | |
| 408. | | | | | Sold (part) | 06/20/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 02/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 410. | | | | | Buy (add'l) | 12/02/13 | J | | |
| 411. Cisco Sys Inc Com (CSCO) | | | | | Buy | 02/05/13 | J | | |
| 412. | | | | | Sold (part) | 04/22/13 | J | A | |
| 413. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 414. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 415. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 416. | | | | | Buy (add'l) | 06/07/13 | J | | |
| 417. | | | | | Sold (part) | 06/20/13 | J | A | |
| 418. | | | | | Buy (add'l) | 06/27/13 | J | A | |
| 419. | | | | | Buy (add'l) | 09/10/13 | J | | |
| 420. Google Inc CL A COM (GOOG) | | | | | Buy | 02/05/13 | J | | |
| 421. | | | | | Sold | 10/18/12 | J | B | |
| 422. Microsoft Corp Com (MSFT) | | | | | Buy | 02/05/13 | J | | |
| 423. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 424. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 425. | | | | | Buy (add'l) | 05/16/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 02/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold (part) | 07/30/13 | J | A | |
| 427. | | | | | Buy (add'l) | 0910/13 | J | | |
| 428. Wal-Mart Stores Inc Com (WMT) | | | | | Buy | 02/05/13 | J | | |
| 429. Kraft Foods Group Inc Com (KRFT) | | | | | Buy | 04/25/13 | J | | |
| 430. | | | | | Sold (part) | 05/09/13 | J | A | |
| 431. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 432. | | | | | Buy (add'l) | 10/24/13 | J | | |
| 433. | | | | | Sold | 12/12/13 | J | A | |
| 434. 3M Co Com (MMM) | | | | | Buy | 05/01/13 | J | | |
| 435. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 436. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 437. | | | | | Sold (part) | 05/09/13 | J | A | |
| 438. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 439. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 440. | | | | | Sold (part) | 09/27/13 | J | A | |
| 441. | | | | | Sold (part) | 12/17/13 | J | A | |
| 442. | | | | | Sold | 12/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 60

**Name of Person Reporting**

Snyder, Christina A.

**Date of Report**

02/05/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Brep VII Commercial Real Estate | | | | | Buy | 01/18/13 | K | | |
| 444. | | | | | Buy (add'l) | 06/12/13 | K | | |
| 445. | | | | | Buy (add'l) | 12/19/13 | L | | |
| 446. Brep Europe IV Real Estate Trust | | | | | Buy | 11/25/13 | K | | |
| 447. Abott Labs | | | | | Buy | 02/14/12 | J | | |
| 448. | | | | | Buy (add'l) | 06/05/12 | J | | |
| 449. | | | | | Buy (add'l) | 10/04/12 | J | | |
| 450. Abbott Labs | | | | | Sold | 04/22/13 | J | A | |
| 451. Abbvie Inc | | | | | Buy | 06/05/12 | J | | |
| 452. | | | | | Buy (add'l) | 10/04/12 | J | | |
| 453. Abbvie Inc | | | | | Sold | 04/22/13 | J | A | |
| 454. Accenture PLC | | | | | Buy | 06/25/13 | J | | |
| 455. | | | | | Buy (add'l) | 07/03/13 | J | | |
| 456. | | | | | Buy (add'l) | 09/03/13 | J | | |
| 457. Air Prods & Chems Inc | | | | | Buy | 06/05/12 | J | | |
| 458. | | | | | Buy (add'l) | 10/04/12 | J | | |
| 459. Air Prods & Chems Inc | | | | | Sold | 04/22/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 60

Name of Person Reporting

Snyder, Christina A.

Date of Report

02/05/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Altria Group Inc | | | | | Buy | 05/01/13 | J | | |
| 461. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 462. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 463. | | | | | Buy (add'l) | 09/10/13 | J | | |
| 464. Apache Corp | | | | | Buy | 10/02/13 | J | | |
| 465. Apple Inc | | | | | Buy | 04/25/13 | J | | |
| 466. | | | | | Sold (part) | 05/09/13 | J | A | |
| 467. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 468. | | | | | Buy (add'l) | 08/19/13 | J | | |
| 469. | | | | | Buy (add'l) | 09/03/13 | J | | |
| 470. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 471. Astrazeneca PLC | | | | | Buy | 05/01/13 | J | | |
| 472. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 473. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 474. | | | | | Buy (add'l) | 09/10/13 | J | | |
| 475. AT&T INC | | | | | Buy | 05/01/13 | J | | |
| 476. | | | | | Buy (add'l) | 05/08/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 02/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 478. | | | | | Buy (add'l) | 09/10/13 | J | | |
| 479. Automataic Data Processing Inc | | | | | Buy | 04/25/13 | J | | |
| 480. | | | | | Buy (add'l) | 05/14/13 | J | | |
| 481. | | | | | Sold (part) | 06/20/13 | J | A | |
| 482. | | | | | Sold (part) | 09/12/13 | J | A | |
| 483. | | | | | Sold | 11/01/13 | J | A | |
| 484. BARD C R INC | | | | | Buy | 02/05/13 | J | | |
| 485. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 486. | | | | | Buy (add'l) | 07/12/13 | J | | |
| 487. | | | | | Sold (part) | 09/18/13 | J | A | |
| 488. | | | | | Sold | 09/25/13 | | A | |
| 489. Barrick Gold Corp | | | | | Buy | 02/05/13 | J | | |
| 490. | | | | | Buy (add'l) | 04/23/13 | J | | |
| 491. | | | | | Buy (add'l) | 11/14/13 | J | | |
| 492. Baxter Intl Inc | | | | | Buy | 02/05/13 | J | | |
| 493. | | | | | Buy (add'l) | 04/25/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 02/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Buy (add'l) | 05/14/13 | J | | |
| 495. | | | | | Sold (part) | 06/20/13 | J | A | |
| 496. | | | | | Buy (add'l) | 10/24/13 | J | | |
| 497. | | | | | Sold (part) | 11/01/13 | J | A | |
| 498. | | | | | Sold (part) | 11/22/13 | J | A | |
| 499. | | | | | Sold (part) | 11/25/13 | J | A | |
| 500. | | | | | Sold (part) | 11/26/13 | J | A | |
| 501. BCE INC | | | | | Buy | 02/27/13 | J | | |
| 502. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 503. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 504. | | | | | Buy (add'l) | 03/22/13 | J | | |
| 505. | | | | | Buy (add'l) | 06/07/13 | J | | |
| 506. BECTON DICKINSON & CO | | | | | Buy | 02/14/12 | J | | |
| 507. | | | | | Buy (add'l) | 06/05/12 | J | | |
| 508. | | | | | Buy (add'l) | 10/04/12 | J | | |
| 509. BECTON DICKINSON & CO | | | | | Buy (add'l) | 09/10/13 | J | | |
| 510. | | | | | Sold | 06/20/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 02/05/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. BHP BILLITON LTD | | | | | Buy | 06/25/13 | J | | |
| 512. | | | | | Sold (part) | 09/12/13 | J | A | |
| 513. BLACKROCK INC | | | | | Buy | 04/25/13 | J | | |
| 514. | | | | | Sold (part) | 05/09/13 | J | A | |
| 515. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 516. | | | | | Sold (part) | 06/28/13 | J | A | |
| 517. | | | | | Sold | 10/14/13 | J | A | |
| 518. BOEING CO | | | | | Buy | 05/08/13 | J | | |
| 519. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 520. CALIFORNIA ST | | | | | Buy | 02/14/12 | J | | |
| 521. CALIFORNIA ST | | | | | Sold (part) | 05/23/13 | J | | |
| 522. | | | | | Sold | 08/01/13 | K | A | |
| 523. CATERPILLAR INC | | | | | Buy | 04/25/13 | J | | |
| 524. | | | | | Sold (part) | 05/09/13 | J | A | |
| 525. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 526. | | | | | Sold (part) | 09/27/13 | J | A | |
| 527. | | | | | Sold (part) | 11/01/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Snyder, Christina A. | 02/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Sold | 12/06/13 | J | A | |
| 529. COACH INC | | | | | Buy | 04/25/13 | J | | |
| 530. | | | | | Buy (add'l) | 05/14/13 | J | | |
| 531. | | | | | Sold (part) | 06/20/13 | J | A | |
| 532. | | | | | Sold | 07/29/13 | J | A | |
| 533. COCA COLA CO | | | | | Buy | 06/21/13 | J | | |
| 534. | | | | | Sold | 06/25/13 | J | A | |
| 535. COLUMBIA MID CAP | | | | | Buy | 02/13/12 | K | | |
| 536. | | | | | Buy (add'l) | 05/10/12 | K | | |
| 537. | | | | | Buy (add'l) | 05/30/12 | K | | |
| 538. | | | | | Buy | 12/14/12 | J | | |
| 539. COLUMBIA MID CAP GROWTH FUND | | | | | Sold | 09/04/13 | M | E | |
| 540. COLUMBIA SELECT LARGE CAP GROWTH | | | | | Buy | 04/26/13 | K | | |
| 541. | | | | | Buy (add'l) | 05/03/13 | K | | |
| 542. | | | | | Buy (add'l) | 05/10/13 | K | | |
| 543. | | | | | Buy (add'l) | 09/05/13 | M | | |
| 544. | | | | | Buy (add'l) | 09/12/13 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 02/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. COLUMBIA SELECT LARGE CAP GROWTH | | | | | Buy | 04/26/13 | K | | |
| 546. | | | | | Buy (add'l) | 05/03/13 | K | | |
| 547. | | | | | Buy (add'l) | 05/10/13 | K | | |
| 548. COLUMBIA SMALL CAP INDEX FUND | | | | | Buy | 04/23/13 | K | | |
| 549. | | | | | Buy (add'l) | 05/03/13 | K | | |
| 550. | | | | | Buy (add'l) | 05/10/13 | K | | |
| 551. CONOCOPHILLIPS | | | | | Buy | 02/05/13 | J | | |
| 552. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 553. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 554. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 555. CORNING INC | | | | | Buy | 02/17/12 | J | | |
| 556. | | | | | Buy (add'l) | 06/05/12 | J | | |
| 557. | | | | | Buy (add'l) | 10/04/12 | J | | |
| 558. CORNING INC | | | | | | | | | |
| 559. | | | | | | | | | |
| 560. CULLEN/FROST BANKERS INC | | | | | Buy | 04/25/13 | J | | |
| 561. | | | | | Buy (add'l) | 06/25/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting: Snyder, Christina A.

Date of Report: 02/05/2015

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Sold (part) | 09/12/13 | J | A | |
| 563. | | | | | Sold (part) | 09/13/13 | J | A | |
| 564. | | | | | Sold (part) | 09/16/13 | J | A | |
| 565. | | | | | Sold (part) | 09/17/13 | J | A | |
| 566. | | | | | Sold (part) | 10/14/13 | J | A | |
| 567. | | | | | Sold (part) | 10/21/13 | J | A | |
| 568. | | | | | Sold (part) | 10/22/13 | J | A | |
| 569. | | | | | Sold (part) | 10/23/13 | J | A | |
| 570. | | | | | Sold (part) | 10/24/13 | J | A | |
| 571. | | | | | Sold (part) | 10/25/13 | J | A | |
| 572. | | | | | Sold (part) | 10/28/13 | J | A | |
| 573. | | | | | Sold | 10/29/13 | J | A | |
| 574. CVS CAREMARK CORP | | | | | Buy | 03/15/13 | J | | |
| 575. | | | | | Sold | 04/03/13 | J | A | |
| 576. DEERE & CO | | | | | Buy | 05/07/13 | J | | |
| 577. | | | | | Sold (part) | 05/09/13 | J | A | |
| 578. | | | | | Buy (add'l) | 06/25/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Date of Report

Name of Person Reporting: Snyder, Christina A.

Date of Report: 02/05/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Buy (add'l) | 10/24/13 | J | | |
| 580. DELL CO | | | | | Buy | 02/16/12 | J | | |
| 581. | | | | | Buy (add'l) | 03/19/12 | J | | |
| 582. | | | | | Buy (add'l) | 05/29/12 | J | | |
| 583. | | | | | Buy (add'l) | 06/01/12 | J | | |
| 584. | | | | | Buy (add'l) | 09/25/12 | J | | |
| 585. | | | | | Buy (add'l) | 10/08/12 | J | | |
| 586. DELL CO | | | | | Sold | 04/23/13 | J | A | |
| 587. DEVON ENERGY CORP NEW | | | | | Buy | 02/05/13 | J | | |
| 588. | | | | | Buy (add'l) | 05/29/13 | J | | |
| 589. | | | | | Buy (add'l) | 11/13/13 | J | | |
| 590. DIAGEO PLC | | | | | Buy | 05/08/13 | J | | |
| 591. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 592. | | | | | Buy (add'l) | 07/19/13 | J | | |
| 593. | | | | | Buy (add'l) | 07/22/13 | J | | |
| 594. | | | | | Buy (add'l) | 07/23/13 | J | | |
| 595. | | | | | Buy (add'l) | 07/24/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Snyder, Christina A.

02/05/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Buy (add'l) | 09/03/13 | J | | |
| 597. | | | | | Buy (add'l) | 09/16/13 | J | | |
| 598. | | | | | Sold (part) | 09/27/13 | J | A | |
| 599. DIAMOND OFFSHORE DRILLING INC | | | | | Buy | 02/22/13 | J | | |
| 600. | | | | | Buy (add'l) | 02/25/13 | J | | |
| 601. | | | | | Buy (add'l) | 04/25/13 | J | | |
| 602. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 603. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 604. | | | | | Sold (part) | 05/09/13 | J | A | |
| 605. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 606. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 607. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 608. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 609. | | | | | Buy (add'l) | 09/10/13 | J | | |
| 610. DISCOVER FINL SVCS | | | | | Buy | 08/12/13 | J | | |
| 611. | | | | | Buy (add'l) | 09/03/13 | J | | |
| 612. | | | | | Sold (part) | 09/27/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Buy (add'l) | 10/17/13 | J | | |
| 614. DOMINION RES INC VA NEW | | | | | Buy | 05/01/13 | J | | |
| 615. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 616. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 617. | | | | | Buy (add'l) | 09/10/13 | J | | |
| 618. DR PEPPER SNAPPLE INC | | | | | Buy | 02/05/13 | J | | |
| 619. | | | | | Buy (add'l) | 09/19/13 | J | | |
| 620. DU PONT E I DE NEMOURS & CO | | | | | Buy | 05/01/13 | J | | |
| 621. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 622. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 623. E-BAY INC | | | | | Buy | 02/17/12 | J | | |
| 624. | | | | | Buy (add'l) | 06/01/12 | J | | |
| 625. | | | | | Buy (add'l) | 10/11/12 | J | | |
| 626. E-BAY INC | | | | | Sold | 01/15/13 | J | A | |
| 627. EMC CORP | | | | | Buy | 06/25/13 | J | | |
| 628. EMERSON ELEC CO | | | | | Buy | 04/25/13 | J | | |
| 629. | | | | | Buy (add'l) | 05/14/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Sold (part) | 06/20/13 | J | A | |
| 631. | | | | | Sold (part) | 09/12/13 | J | A | |
| 632. | | | | | Sold (part) | 10/14/13 | J | A | |
| 633. | | | | | Buy (add'l) | 10/24/13 | J | | |
| 634. | | | | | Sold (part) | 12/17/13 | J | A | |
| 635. ETRACS ALERIAN MLP INFRA | | | | | Buy | 04/30/13 | J | | |
| 636. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 637. | | | | | Buy (add'l) | 05/14/13 | J | | |
| 638. EXELON CORP | | | | | Buy | 02/05/13 | J | | |
| 639. | | | | | Buy (add'l) | 11/14/13 | J | | |
| 640. EXPRESS SCRIPTS HLDG CO | | | | | Buy | 06/25/13 | J | | |
| 641. | | | | | Buy (add'l) | 11/06/13 | J | | |
| 642. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 643. EXXON MOBIL CORP | | | | | Buy | 02/05/13 | J | | |
| 644. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 645. | | | | | Sold (part) | 05/09/13 | J | A | |
| 646. | | | | | Sold (part) | 06/20/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Snyder, Christina A.

02/05/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Buy (add'l) | 07/30/13 | J | | |
| 648. | | | | | Buy (add'l) | 08/19/13 | J | | |
| 649. | | | | | Buy (add'l) | 10/24/13 | J | | |
| 650. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 651. GENERAL DYNAMICS CORP | | | | | Buy | 02/14/12 | J | | |
| 652. | | | | | Buy (add'l) | 06/15/12 | J | | |
| 653. | | | | | Buy (add'l) | 10/04/12 | J | | |
| 654. GENERAL DYNAMICS CORP | | | | | Sold | 04/22/13 | J | A | |
| 655. | | | | | | | | | |
| 656. GENERAL ELEC CO | | | | | Buy | 05/01/13 | J | | |
| 657. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 658. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 659. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 660. GENUINE PARTS CO | | | | | Buy (add'l) | 05/01/13 | J | | |
| 661. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 662. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 663. GLAXOSMITHKLINE PLC | | | | | Buy | 02/05/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664.  HCP INC | | | | | Buy | 05/01/13 | J | | |
| 665. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 666. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 667. | | | | | Buy (add'l) | 09/10/13 | J | | |
| 668.  HEALTH CARE REIT INC | | | | | Buy | 05/08/13 | J | | |
| 669. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 670. | | | | | Buy (add'l) | 09/10/13 | J | | |
| 671.  HEINZ H J CO | | | | | Buy | 02/16/12 | J | | |
| 672. | | | | | Buy (add'l) | 10/04/12 | J | | |
| 673.  HEINZ H J CO | | | | | Sold | 06/10/13 | J | A | |
| 674. | | | | | | | | | |
| 675.  HONEYWELL INTL INC | | | | | Buy | 06/25/13 | J | | |
| 676. | | | | | Sold (part) | 10/14/13 | J | A | |
| 677. | | | | | Buy (add'l) | 10/24/13 | J | | |
| 678.  HSBC HLDGS PLC | | | | | Buy | 05/01/13 | J | | |
| 679. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 680. | | | | | Buy (add'l) | 05/16/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Buy (add'l) | 09/10/13 | J | | |
| 682. INTEL CORP | | | | | Buy | 05/01/13 | J | | |
| 683. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 684. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 685. | | | | | Buy (add'l) | 09/10/13 | J | | |
| 686. INTERNATIONAL BUSINESS MACHS | | | | | Buy | 04/25/13 | J | | |
| 687. | | | | | Sold (part) | 05/09/13 | J | A | |
| 688. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 689. | | | | | Buy (add'l) | 09/03/13 | J | | |
| 690. | | | | | Buy (add'l) | 10/24/13 | J | | |
| 691. | | | | | Sold (part) | 12/17/13 | J | A | |
| 692. ISHARES MSCI CANADA | | | | | Buy | 02/13/12 | K | | |
| 693. | | | | | Buy (add'l) | 10/04/12 | K | | |
| 694. ISHARES MSCI CANADA | | | | | Sold | 11/12/13 | K | A | |
| 695. ISHARES MSCI MERGING MKTS MIN | | | | | Buy | 04/30/13 | K | | |
| 696. | | | | | Buy (add'l) | 05/07/13 | K | | |
| 697. | | | | | Buy (add'l) | 05/14/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT      Name of Person Reporting      Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. JOHN HANCOCK FDS III INTL GROWTH | | | | | Buy | 09/05/13 | K | | |
| 699. | | | | | Buy (add'l) | 09/12/13 | J | | |
| 700. JOHNSON & JOHNSON | | | | | Buy | 02/05/13 | J | | |
| 701. | | | | | Buy (add'l) | 04/25/13 | J | | |
| 702. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 703. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 704. | | | | | Sold (part) | 05/09/13 | J | A | |
| 705. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 706. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 707. | | | | | Buy (add'l) | 09/03/13 | J | | |
| 708. | | | | | Sold (part) | 09/12/13 | J | A | |
| 709. | | | | | Sold (part) | 10/14/13 | K | A | |
| 710. KIMBERLY CLARK CORP | | | | | Buy | 05/01/13 | J | | |
| 711. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 712. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 713. | | | | | Sold (part) | 06/24/13 | J | A | |
| 714. | | | | | Buy (add'l) | 09/10/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

Snyder, Christina A.    02/05/2015

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715.  KINDER MORGAN MGMT LLC | | | | | Buy | 04/30/13 | J | | |
| 716. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 717. | | | | | Buy (add'l) | 05/14/13 | J | | |
| 718. | | | | | Sold (part) | 11/27/13 | J | A | |
| 719.  LILLY ELI & CO | | | | | Buy | 05/08/13 | J | | |
| 720. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 721. | | | | | Buy (add'l) | 09/10/13 | J | | |
| 722.  MACK CALI RLTY CORP | | | | | Buy | 12/12/13 | J | | |
| 723.  MARKET VECTORS EFT TR | | | | | Buy | 08/27/12 | K | | |
| 724.  MARKET VECTORS ETF TR | | | | | Sold | 10/22/13 | K | C | |
| 725.  MARSH & MCLENNAN COS INC | | | | | Buy | 06/26/13 | J | | |
| 726. | | | | | Sold | 09/27/13 | J | A | |
| 727.  MCDONALDS CORP | | | | | Buy | 04/25/13 | J | | |
| 728. | | | | | Sold (part) | 05/09/13 | J | A | |
| 729. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 730. | | | | | Sold | 12/17/13 | J | A | |
| 731.  MEAD JOHNSON NUTRITION CO | | | | | Buy | 04/25/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Sold (part) | 05/09/13 | J | A | |
| 733. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 734. | | | | | Sold (part) | 07/16/13 | J | A | |
| 735. | | | | | Sold | 07/17/13 | J | A | |
| 736. MEDTRONIC INC | | | | | Buy | 02/05/13 | J | | |
| 737. MERCK & CO INC. | | | | | Buy | 05/01/13 | J | | |
| 738. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 739. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 740. METLIFE INC | | | | | Buy | 03/28/13 | J | | |
| 741. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 742. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 743. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 744. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 745. METRO WEST T/R BD CL 1 | | | | | Buy | 04/26/13 | L | | |
| 746. | | | | | Buy (add'l) | 05/03/13 | L | | |
| 747. | | | | | Buy (add'l) | 05/10/13 | L | | |
| 748. | | | | | Sold | 09/11/13 | M | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ]    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. MFS VALUE FUND | | | | | Buy | 09/05/13 | M | | |
| 750. MOL.SON COORS BREWING CO | | | | | Buy | 02/05/13 | J | | |
| 751. MONDELEZ INT'L INC | | | | | Buy | 04/05/12 | J | | |
| 752. MONDELEZ INTL INC | | | | | Sold (part) | 03/25/13 | J | B | |
| 753. | | | | | Buy | 06/25/13 | J | | |
| 754. | | | | | Sold | 09/27/13 | J | A | |
| 755. NEWMONT MNG CORP | | | | | Buy | 02/05/13 | J | | |
| 756. | | | | | Buy (add'l) | 03/04/13 | J | | |
| 757. | | | | | Buy (add'l) | 04/23/13 | J | | |
| 758. | | | | | Sold | 11/08/13 | J | A | |
| 759. NEXTERA ENERGY INC | | | | | Buy | 05/01/13 | J | | |
| 760. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 761. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 762. NORTHROP GRUMMAN CORP | | | | | Buy | 02/05/13 | J | | |
| 763. | | | | | Sold | 08/14/13 | J | A | |
| 764. NOVARTIS A G | | | | | Buy | 04/25/13 | J | | |
| 765. | | | | | Buy (add'l) | 05/14/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | Sold (part) | 06/20/13 | J | A | |
| 767. | | | | | Sold (part) | 06/21/13 | J | A | |
| 768. | | | | | Sold | 09/27/13 | J | A | |
| 769.  OCCIDENTAL PETE CORP DEL | | | | | Buy | 04/25/13 | J | | |
| 770. | | | | | Buy (add'l) | 05/14/13 | J | | |
| 771. | | | | | Sold (part) | 06/20/13 | J | A | |
| 772. | | | | | Sold (part) | 07/16/13 | J | A | |
| 773. | | | | | Buy (add'l) | 09/03/13 | J | | |
| 774. | | | | | Buy (add'l) | 09/17/13 | J | | |
| 775. | | | | | Sold | 10/14/13 | J | A | |
| 776.  PEPSICO INC | | | | | Buy | 02/05/13 | J | | |
| 777. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 778.  PHILIP MORRIS INL INC | | | | | Buy | 05/01/13 | J | | |
| 779. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 780. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 781. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 782. | | | | | Sold (part) | 06/20/13 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

Snyder, Christina A.

## VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | Buy (add'l) | 09/03/13 | J | | |
| 784. | | | | | Buy (add'l) | 09/10/13 | J | | |
| 785. | | | | | Buy (add'l) | 09/17/13 | J | | |
| 786. PIMCO ALL ASSET ALL AUTH FUND | | | | | Buy | 04/25/13 | K | | |
| 787. | | | | | Buy (add'l) | 0502/13 | J | | |
| 788. | | | | | Buy (add'l) | 05/19/13 | J | | |
| 789. PIMCO ALL ASSET ALL AUTH FUND | | | | | Sold | 09/14/13 | K | A | |
| 790. PIMCO ALL ASSET FUND | | | | | Buy | 04/26/13 | K | | |
| 791. | | | | | Buy (add'l) | 05/03/13 | K | | |
| 792. | | | | | Buy (add'l) | 05/10/13 | K | | |
| 793. | | | | | Sold (part) | 09/04/13 | L | A | |
| 794. PIMCO HIGH YIELD FD | | | | | Buy | 04/26/13 | K | | |
| 795. | | | | | Buy (add'l) | 05/03/13 | K | | |
| 796. | | | | | Buy (add'l) | 05/10/13 | K | | |
| 797. PNC FINL SVCS GROUP INC | | | | | Buy | 02/05/13 | J | | |
| 798. | | | | | Sold | 04/22/13 | J | A | |
| 799. | | | | | Buy | 10/24/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 801. | | | | | Buy (add'l) | 10/28/13 | J | | |
| 802. POWERSHARES WATER RESOURCES | | | | | Buy | 04/30/13 | J | | |
| 803. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 804. | | | | | Buy (add'l) | 05/14/13 | J | | |
| 805. PRAXAIR INC | | | | | Buy | 04/25/13 | K | | |
| 806. | | | | | Sold (part) | 05/09/13 | J | A | |
| 807. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 808. | | | | | Sold | 12/17/13 | J | A | |
| 809. PROCTER & GAMBLE CO | | | | | Buy | 02/05/13 | J | | |
| 810. | | | | | Buy (add'l) | 04/25/13 | J | | |
| 811. | | | | | Sold | 05/09/13 | J | A | |
| 812. | | | | | Buy | 05/10/13 | J | | |
| 813. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 814. | | | | | Sold (part) | 09/27/13 | J | A | |
| 815. | | | | | Sold (part) | 10/21/13 | J | B | |
| 816. | | | | | Buy (add'l) | 12/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. PRUDENTIAL SHORT-TERM CORPORATE | | | | | Sold | 05/09/13 | N | A | |
| 818. QUALCOMM INC | | | | | Buy | 04/25/13 | J | | |
| 819. | | | | | Sold (part) | 05/09/13 | J | A | |
| 820. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 821. | | | | | Sold (part) | 09/12/13 | J | A | |
| 822. | | | | | Sold | 10/14/13 | J | A | |
| 823. RAYTHEON CO | | | | | Buy | 05/01/13 | J | | |
| 824. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 825. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 826. ROCHE HLDG LTD | | | | | Buy | 04/25/13 | J | | |
| 827. | | | | | Sold (part) | 05/09/13 | J | A | |
| 828. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 829. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 830. | | | | | Sold (part) | 09/27/13 | J | A | |
| 831. ROYAL DUTCH SHELL PLC | | | | | Buy | 05/01/13 | J | | |
| 832. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 833. | | | | | Buy (add'l) | 05/16/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

Snyder, Christina A.

02/05/2015

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 835. | | | | | Buy (add'l) | 09/10/13 | J | | |
| 836. SCHLUMBERGER LTD | | | | | Buy | 04/25/13 | J | | |
| 837. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 838. | | | | | Buy (add'l) | 05/14/13 | J | | |
| 839. | | | | | Sold (part) | 06/20/13 | J | A | |
| 840. | | | | | Sold (part) | 09/12/13 | J | A | |
| 841. | | | | | Sold (part) | 10/14/13 | J | A | |
| 842. | | | | | Sold | 12/06/13 | J | A | |
| 843. SCHWAB CHARLES CORP NEW | | | | | Buy | 02/16/12 | J | | |
| 844. | | | | | Buy (add'l) | 09/25/12 | J | | |
| 845. | | | | | Buy (add'l) | 10/08/12 | J | | |
| 846. | | | | | Buy (add'l) | 07/16/13 | J | | |
| 847. SCHWAB CHARLES CORP NEW | | | | | Sold | 03/14/13 | J | A | |
| 848. | | | | | Buy | 06/25/13 | J | | |
| 849. | | | | | Buy (add'l) | 07/19/13 | J | | |
| 850. | | | | | Sold (part) | 07/31/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Snyder, Christina A.

02/05/2015

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. | | | | | | Buy (add'l) | 09/03/13 | J | | |
| 852. | | | | | | Sold | 11/22/13 | J | A | |
| 853. | SIGMA ALDRICH CORP | | | | | Buy | 03/28/13 | J | | |
| 854. | SMUCKER J M CO | | | | | Buy | 06/25/13 | J | | |
| 855. | STANLEY BLACK & DECKER INC | | | | | Buy | 02/04/12 | J | | |
| 856. | | | | | | Buy (add'l) | 06/05/12 | J | | |
| 857. | | | | | | Buy (add'l) | 10/04/12 | J | | |
| 858. | STANLEY BLACK & DECKER INC | | | | | Sold | 04/22/13 | J | A | |
| 859. | SUNTRUST BKS INC | | | | | Buy | 08/20/13 | J | | |
| 860. | | | | | | Buy (add'l) | 11/06/13 | J | | |
| 861. | TAIWAN SEMICONDUCTOR MFG LTD | | | | | Buy | 08/26/13 | J | | |
| 862. | TE CONNECTIVITY LTD | | | | | Buy | 04/25/13 | J | | |
| 863. | | | | | | Buy (add'l) | 05/14/13 | J | | |
| 864. | | | | | | Sold (part) | 06/20/13 | J | A | |
| 865. | | | | | | Sold | 09/12/13 | J | A | |
| 866. | TEMPLETON GLOBAL BD FUND | | | | | Buy | 04/26/13 | K | | |
| 867. | | | | | | Buy (add'l) | 05/03/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 02/05/2015 |

Page 55 of 60

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐     **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. | | | | | Buy (add'l) | 05/10/13 | K | | |
| 869. | | | | | Sold | 06/20/13 | L | A | |
| 870. UN ILEVER N.V. | | | | | Buy | 02/16/12 | J | | |
| 871. | | | | | Buy (add'l) | 06/01/12 | J | | |
| 872. | | | | | Buy (add'l) | 10/08/12 | J | | |
| 873. UNILEVER N V | | | | | Sold (part) | 01/24/13 | J | A | |
| 874. | | | | | Sold | 01/25/13 | J | A | |
| 875. | | | | | Buy | 05/01/13 | J | | |
| 876. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 877. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 878. | | | | | Buy (add'l) | 09/10/13 | J | | |
| 879. UNITED PARCEL SVC INC | | | | | Buy | 06/25/13 | J | | |
| 880. | | | | | Sold | 11/01/13 | J | A | |
| 881. VANGUARD FTSE DEVELOPED MARKETS | | | | | Buy | 11/15/13 | K | | |
| 882. VERIZON COMMUNICATIONS | | | | | Sold | 02/22/13 | J | B | |
| 883. VISA INC | | | | | Buy | 04/25/13 | K | | |
| 884. | | | | | Sold (part) | 05/09/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Snyder, Christina A.

02/05/2015

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 886. | | | | | Buy (add'l) | 09/03/13 | J | | |
| 887. | | | | | Sold (part) | 09/12/13 | J | | |
| 888. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 889. VODAFONE GROUP PLC | | | | | Buy | 05/01/13 | J | | |
| 890. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 891. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 892. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 893. WEYERHAEUSER CO | | | | | Buy | 02/16/12 | J | | |
| 894. | | | | | Buy (add'l) | 06/15/12 | J | | |
| 895. | | | | | Buy (add'l) | 10/04/12 | J | | |
| 896. WEYERHAEUSER CO | | | | | Sold | 04/22/13 | J | B | |
| 897. WISDOMTREE JAPAN EDGED EQUITY | | | | | Buy | 04/30/13 | K | | |
| 898. | | | | | Buy (add'l) | 05/07/13 | K | | |
| 899. | | | | | Buy (add'l) | 05/14/13 | K | | |
| 900. YUM BRANDS INC | | | | | Buy | 02/14/12 | J | | |
| 901. | | | | | Buy (add'l) | 06/05/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Snyder, Christina A.

Date of Report

02/05/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. | | | | | Buy (add'l) | 10/04/12 | J | | |
| 903. YUM BRANDS INC | | | | | Sold | 04/22/13 | J | A | |
| 904. ZOETIS INC | | | | | Buy | 11/27/13 | J | | |
| 905. | | | | | Buy (add'l) | 11/29/13 | J | | |
| 906. | | | | | Buy (add'l) | 12/02/13 | J | | |
| 907. American Wtr WKS CO Inc New Com (AWK) | | | | | | | | | |
| 908. | | | | | | | | | |
| 909. | | | | | | | | | |
| 910. | | | | | | | | | |
| 911. Rental Property #1 Montecito, CA | E | Rent | P2 | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, Page 5, Line 25 -Took FMTC FE off name per Advisor statement
2. Part VII, Page 5, Line 26- Took FMTC FE off name per Advisor statement
2. Part VII, Page 5 Line 27 -Took FMTC FE off name per Advisor statement
3. Part VII, Page 5, Line 30 -Buy was in 2012 - inadvertently left off
4. Part VII, Page 5, Line 31 - Buy was in 2012 - inadvertently left off
5. Part VII, Page 5, Line 32 - Inadvertently left off
6. Part VII, Page 5, line 33 - Inadvertently left off
7. Part VII, Page 8, Line 84, This Merrill Lynch account was closed in June 2013 - acct transferred to Bank of America in June 2013
8. Part VII, Page 13, Line 159 - Balance of Merrill Lynch assets transferred to Bank of America inJune, 2013
9. Part VII, Page 13, Line 164 - Asset transferred to Bank of America
10. Part VII, Page 13 - Line 166 on 2012 report is shown on 2013 report as line 159
11. Part VII, Page 13, Line 169 - Asset transferred to Bank of America
12. Part VII, Page 13, Line 173 - Account from Merrill Lynch set up at Bank of America in June, 2013
13. Part VII, Page 23, Line 326 - Sell was in 2012 - inadvertently left off
14. Part VII, Page 23, Line 328 - Sell was in 2012 - inadvertently left off
15. Part VII, Page 30 - Line 447 - Buy was in 2012 - inadvertently left off
16. Part VII, Page 30 - Line 448 - Buy was in 2012 - inadvertently left off
17. Part VII, Page 30 - Line 449 - Buy was in 2012 - inadvertently left off
18. Part VII, Page 30 - Line 451 - Buy was in 2012 - inadvertently left off
19. Part VII, Page 30 - Line 452 - Buy was in 2012 - inadvertently left of
20. Part VII, Page 30 - Line 457 - Buy was in 2012 - inadvertently left off
21. Part VII, Page 30 - Line 458 - Buy was in 2012 - in advrtently left off
22. Part VII, Page 33 - Line 504 - Buy was in 2012 - inadvertently left off
23. Part VII, Page 33 - Line 506 - Buy was in 2012 - inadvertently left off
24. Part VII, Page 33 - Line 507 - Buy was in 2012 - inadvertently left off
25. Part VII, Page 34 - Line 520 - Buy was in 2012 - inadvertently left off
26. Part VII, Page 35 - Line 533 - Buy was in 2012 - inadvertently left off
27. Part VII, Page 35 - Line 535 - Buy was in 2012 - inadvertently left off
28. Part VII. Page 35 - Line 536 - Buy was in 2012 - inadvertently left off
29. Part VII. Page 35 - Line 537 - Buy was in 2012 - inadvertently left off
30. Part VII. Page 35 - Line 538 - Buy was in 2012 - inadvertently left off
31. Part VII. Page 36 - Line 555 - Buy was in 2012 - inadvertently left off
32. Part VII. Page 36 - Line 556 - Buy was in 2012 - inadvertently left off3
33. Part VII. Page 36 - Line 557 - Buy was in 2012 - inadvertently left off
34. Part VII. Page 38 - Line 580 - Buy was in 2012 - inadvertently left off
35. Part VII. Page 38 - Line 581 - Buy was in 2012 - inadvertently left off
36. Part VII, Page 38 - Line 582 - Buy was in 2012 - inadvertently left off
37. Part VII, Page 38 - Line 583 - Buy was in 2012 - inadvertently left off
38. Part VII, Page 38 - Line 584 - Buy was in 2012 - inadvertently left off
39. Part VII, Page 40- Line 623 - Buy was in 2012 - inadvertently left off
40. Part VII. Page 40 - Line 624 - Buy was in 2012 - inadvertently left off
41. Part VII. Page 40- Line 625 - Buy was in 2012 - inadvertently left off
42. Part VII, Page 42- Line 651 - Buy was in 2012 - inadvertently left off
43. Part VII. Page 42 - Line 652 - Buy was in 2012 - inadvertently left off
44. Part VII. Page 42- Line 653 - Buy was in 2012 - inadvertently left off
45. Part VII. Page 43 - Line 671 - Buy was in 2012 - inadvertently left off
46. Part VII, Page 43- Line 672 - Buy was in 2012 - inadvertently left off
47. Part VII. Page 44 - Line 692 - Buy was in 2012 - inadvertently left off
48. Part VII. Page 44- Line 693 - Buy was in 2012 - inadvertently left off
49. Part VII. Page 46- Line 723 - Buy was in 2012 - inadvertently left off
50. Part VII. Page 48- Line 751 - Buy was in 2012 - inadvertently left off
51. Part VII. Page 50- Line 786 - Buy was in 2012 - inadvertently left off
52. Part VII. Page 50- Line 787 - Buy was in 2012 - inadvertently left off
53. Part VII. Page 50- Line 788 - Buy was in 2012 - inadvertently left off
54. Part VII. Page 53- Line 843 - Buy was in 2012 - inadvertently left off
55. Part VII. Page 53- Line 844 - Buy was in 2012 - inadvertently left off
56. Part VII. Page 53- Line 845 - Buy was in 2012 - inadvertently left off
57. Part VII. Page 53- Line 846 - Buy was in 2012 - inadvertently left off
58. Part VII. Page 54- Line 856 - Buy was in 2012 - inadvertently left off
59. Part VII. Page 54- Line 857 - Buy was in 2012 - inadvertently left off
60. Part VII. Page 54- Line 870 - Buy was in 2012 - inadvertently left off
61. Part VII. Page 55- Line 871 - Buy was in 2012 - inadvertently left off
62. Part VII. Page 55- Line 872 - Buy was in 2012 - inadvertently left off
63. Part VII. Page 56- Line 893 - Buy was in 2012 - inadvertently left off
64. Part VII, Page 56, Line 894 - Buy was in 2012 - inadvertently left off
65. Part VII, Page 56, Line 895 - Buy was in 2012 - inadvertently left off

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

66. Part VII. Page 56- Line 900 - Buy was in 2012 - inadvertently left off
67. Part VII. Page 56- Line 901 - Buy was in 2012 - inadvertently left off
68. Part VII. Page 56- Line 902 - Buy was in 2012 - inadvertently left off
69. Part VII, Page 57 - Line 907 - inadvertently left off on 2013 report

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 60 of 60 | Snyder, Christina A. | 02/05/2015 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christina A. Snyder**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544